# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **Michael H. Boulware**, )<br>)<br>　　　　　Appellant, )<br>)<br>　v. )<br>)<br>**Commissioner of Internal Revenue Service**, )<br>)<br>　　　　　Appellee. )<br>)<br>_____) | **Case No. 14-1147** |

## STATEMENT OF THE ISSUES TO BE RAISED
_____

Pursuant to the Court's Order of August 5, 2014, Petitioner-Appellant Michael H. Boulware ("Appellant") hereby submits the following Statement of the Issues to Be Raised in this appeal:

1)　　Did the United States Tax Court err in finding that Respondent-Appellee Commissioner of Internal Revenue Service ("Respondent") did not abuse its discretion in denying Appellant's request for an installment agreement relating to the years at issue?

2)　　Did the United States Tax Court err in finding that Respondent did not abuse its discretion in denying Appellant's request for a face-to-face hearing?

DATED: September 4, 2014.

   /s/  JOHN D. CLINE
JOHN D. CLINE
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone No. (415) 332-8319

*Counsel for Appellant*
*MICHAEL H. BOULWARE*

310909.1

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the date noted below, a true and correct copy of the foregoing *Statement of the Issues to Be Raised* was duly served upon counsel listed below electronically through this Court's CM/ECF system.

    PATRICK J. URDA, ESQ.                    *patrick.urda@usdoj.gov*
    U.S. Department of Justice
    Tax Division, Appellate Section
    P.O. Box 502
    Washington, D.C. 20044

    *Attorney for Appellee*
    *Commissioner of Internal Revenue Service*

DATED: September 4, 2014.

                    /s/ JOHN D. CLINE
                    JOHN D. CLINE

                  *Counsel for Appellant*
                  MICHAEL H. BOULWARE